IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00751-AP

SAMUEL A. RODRIGUEZ,

    Plaintiff,

v.

JO ANNE B. BARNHART,  Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
MICHAEL A. DESAULNIERS
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
E-mail: seckarlaw@mindspring.com

<u>For Defendant:</u>
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
303) 844-0017
E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** April 19, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** May 4, 2006

    C.    **Date Answer and Administrative Record Were Filed**: June 15, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties states that the case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** September 26, 2006

    B.    **Defendant's Response Brief Due:** October 26, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:** November 10, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 2nd day of August, 2006.

                                            BY THE COURT:

                                            S/John L. Kane
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael A. Desaulniers<br>MICHAEL A. DESAULNIERS<br>Law Office of Michael W. Seckar, P.C.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorney for Defendant(s) |